# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

TIMOTHY A. MCKEEVER,
    Plaintiff,

v.

Case Number 3:18-cv-00192-SLG

U.S. DEPARTMENT OF JUSTICE
and the ENVIRONMENTAL
PROTECTION AGENCY,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT**. This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

THAT the plaintiff recover nothing, the action be dismissed on the merits, and the defendants U.S. Department of Justice and the Environmental Protection Agency, recover costs from the plaintiff Timothy M. McKeever.

APPROVED:

*s/Sharon L. Gleason*
SHARON L. GLEASON
United States District Judge

Date: May 6, 2019

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Lesley K. Allen
Lesley K. Allen, Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}